Joseph W. Jacobs, Respondent, v. Arch Selwyn, Appellant, Impleaded with Selwyn & Company, Playbrokers, and Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The City of New York, Appellant, v. McAllister Steamboat Company, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on authority of *City of New York* v. *Chase, Talbot & Co.* (206 N. Y. 1). Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Alfred W. Grote, Respondent, v. Progressive Hotel Company, Inc., Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Elizabeth Reich, Appellant, v. Eva M. B. Lane, Respondent. Elizabeth Reich, Appellant, v. Eva M. B. Lane, as Administratrix, etc., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Giovanni Giuntini, Appellant, v. Alex Thompson, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that plaintiff is shown to be a resident of New York county. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William Fox, Appellant, v. Lawrence Mulligan and Another, as Executors, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

George A. Ohl & Company, Respondent, v. Standard Steel Sections, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Metropolitan Life Insurance Company of New York, Respondent, v: Fifty-ninth Street Real Estate Company, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The Tredennick Company, Inc., Respondent, v. National Bridge Works, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.